IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>$10,150.00 IN UNITED STATES CURRENCY,<br><br>                    Defendant. | 8:15CV156<br><br>**ORDER** |

IT IS ORDERED:

1)  The parties' Stipulation for resolution of this case (Filing No. 28) is approved.

2)  By Order dated May 1, 2015 (Filing No. 6), the United States published notice of its intent to dispose of the Defendant properties in such a manner as the Attorney General may direct. A Declaration of Publication (Filing No. 11) was filed herein on June 11, 2015. The parties have advised the Court no Claim or Answer has been filed in this case, other than by Curtis Petersen; after reviewing the record, the Court finds that is true.

3)  Three thousand five hundred dollars of the Defendant currency shall be returned to the Claimant, Curtis Petersen. Payment will be tendered to the trust account of the Claimant's attorney, Daniel J. Pfeffer.

4)  All right, title or interest in the remaining Defendant property, *viz.*, $6,650.00, shall be forfeited to the United States. All right, title or interest in or to such property held by any person or entity forever barred and foreclosed. The U. S. Marshals Service shall dispose of said property in accordance with the law.

5)  Plaintiff and Claimant shall pay their own costs and attorney's fees associated with this lawsuit.

6)      Claimant's counsel shall file a Receipt indicating receipt of the funds. Thereafter, the parties shall file a joint stipulation for dismissal.

November 17, 2016.

                               **BY THE COURT:**

                               *s/Cheryl R. Zwart*
                               **CHERYL R. ZWART,**
                               **United States Magistrate Judge**