IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

$10,150.00 IN UNITED STATES
CURRENCY,

Defendant.

**8:15CV156**

**JUDGMENT**

Pursuant to the parties' stipulation for dismissal of this case, (Filing No. 31).

IT IS ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice, the parties to pay their own costs and attorney fees.

Dated this 10th day of March, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge